M. P. No. 221. JOHN R. UNDERWOOD *v.* HAROLD V. LANGLOIS, *Warden.* Petition for writ of habeas corpus denied, pro forma. *John R. Underwood,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

APPEAL No. 90. EUGENE A. HAGAN *v.* OSTEOPATHIC GENERAL HOSPITAL OF RHODE ISLAND, *et al.* Motion of plaintiff for leave to reargue denied. *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler,* for plaintiff. *Boss, Conlan, Keenan & Rice, James M. Shannahan,* for defendants.

EX. & C. No. 10,860. THE ATLANTIC REFINING COMPANY *v.* DIRECTOR OF PUBLIC WORKS FOR THE STATE OF RHODE ISLAND. Motion of respondent for leave to reargue denied. *Letts & Quinn, Andrew P. Quinn, Daniel J. Murray, Jerome B. Spunt,* for petitioner. *Arthur N. Votolato, Jr.* for respondent.

October 13, 1967.

M. P. No. 239. STEVEN C. LAWRENCE *v.* ROSE CALIN, *alias.* Motion of petitioner for leave to file petition in equity in the nature of quo warranto granted. *Eugene A. Liberati,* for petitioner. *John P. Bourcier,* Counsel for Respondent Ross Calin and Johnston Housing Authority; *Frederick R. DeCesaris,* Assistant Town Solicitor, for respondent.

M. P. No. 242. ANGELINE L. GAROFALO, *et al. v.* LEO F. MANFRED, *et al., Members of the Housing Board of Review of the Town of Westerly,* AND CLARENCE HORTON, *Director of the Division of Minimum Housing Standards.* Motion of petitioners for leave to file petition for writ of certiorari denied. *Harold B. Soloveitzik,* for petitioners. *Joseph J. Parrilla,* Town Solicitor, for respondents.